AO91 (Rev. 12/03)   Criminal Complaint   *Felony*   AUSA

United States District Court
Southern District of Texas
FILED

JUL - 7 2017

David J. Bradley, Clerk of Court

# UNITED STATES DISTRICT COURT

Southern District Of Texas Brownsville Division

**UNITED STATES OF AMERICA**
**vs.**

Antonio De Jesus HERNANDEZ-Cervantes
A096 036 542   Mexico
AKA Antonio Jesus HERNANDEZ

**CRIMINAL COMPLAINT**

Case Number: B-17- MJ 597

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about __July 05, 2017__ in __Cameron__ County, in the __Southern District Of Texas__ defendant(s)

an alien who had previously been denied admission, excluded, deported, or removed, knowingly and unlawfully was present in the United States having been found in Cameron County, Texas, the said defendant having not obtained the consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission into the United States,

in violation of Title __8__ United States Code, Section(s) __1326(a)(1)/(b)(1)__

I further state that I am a(n) __Border Patrol Agent__ and that this complaint is based on the following facts:

The defendant was encountered by Border Patrol Agents conducting Linewatch operations near Brownsville, Texas on July 5, 2017. The defendant is a citizen and national of Mexico who was previously deported, excluded or removed from the United States on March 24, 2015. The defendant was convicted of Re-Entry of a Deported Alien on November 28, 2012. Record checks revealed that the defendant has not applied for permission from the proper Authorities to re-enter the United States.

Defendant had $5.00 U.S. Dollars in his possession at the time of arrest.

Continued on the attached sheet and made a part of this complaint:   ☐ Yes   ☒ No

_Signature of Complainant_

Guzman, Carlos   Border Patrol Agent
Printed Name of Complainant

Sworn to before me and signed in my presence,

July 07, 2017                                             at   Brownsville, Texas
Date                                                               City/State

Ronald G. Morgan   U.S. Magistrate Judge
Name of Judge       Title of Judge                          Signature of Judge